Case No.
3:23MJ5066

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

## AFFIDAVIT TO COMPLAINT

**I. Agent Background**

I, Alex O. Hunt, being duly sworn and deposed, stated the following:

1. I am an "investigative or law enforcement officer of the United States" empowered to make arrests within the meaning of Title 18, United States Code, Section 3052 and to execute search warrants and conduct seizures within the meaning of Title 18, United States Code, Section 3107 for violations of the laws of the United States.

2. I am a duly appointed Special Agent, employed by the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been a Special Agent with the FBI since 2015. I am currently assigned to the FBI Cleveland Division, Toledo Resident Agency. I was previously employed as a patrol officer and criminal investigator in Georgia from 2009 to 2015. Since 2009, I have received training and have experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigation techniques.

3. This affidavit is submitted in support of a criminal complaint charging ANTHONY FIMOGNARI with Coercion and Enticement, 18 U.S.C. 2422(b)). All of the information contained in this affidavit is the result of either my personal observations or investigation or has been provided to me by other law enforcement officers, all of whom I believe to be reliable. This affidavit contains information to establish probable cause for a criminal complaint, and thus, does not list every fact known in the investigation.

**II.      Probable Cause**

4.      Between February 1, 2023, and February 10, 2023, Online Covert Employee - 7478 (hereinafter "OCE"), who is a member of the FBI Child Exploitation Task Force in Toledo, Ohio, was connected to the Internet in an online undercover capacity from a cell phone located in Toledo, Ohio. A software program was used to record the online activity, chats, and images identified within Facebook messenger. Based on OCE's experience and information gathered from other sources, Facebook and Facebook Messenger are frequented by individuals who have a sexual interest in children.

5.      A summary of the conversation below is used simply as a reference; the recorded chats should be the final authority. Relevant portions of the conversation between OCE and FIMOGNARI ("Subject") are as follows:

6.      On July 7, 2022, an individual with the Facebook name "Anthony Fim" sent the following message to OCE: "How's your morning going". OCE did not respond.

7.      On July 20, 2022, "Anthony Fim" messaged the OCE "Hey what's up". The OCE did not respond.

8.      On October 18, 2022, "Anthony Fim" messaged the OCE "How's your day". The OCE did not respond.

9.      On February 1, 2023, "Anthony Fim" messaged the OCE "lol sorry to be so lame but you are just so cute". On this date, OCE responded to "Anthony Fim". Below is a summary of the conversation and is used simply as a reference; the recorded chats should be the final authority.

Relevant portions of the conversation between OCE and "Anthony Fim" ("Subject") are as follows:

OCE: lolz thx

OCE: But I am a lot younger then u

Subject: Haha Im sure you heard it all and sorry if you are under 18 Subject: Are you?!

OCE: That's ok!

OCE: I'm 15 [smiling emoji]

OCE: I don't hear it all

Subject: Oh no [sad face emoji] I don't mean to be a weirdo now lol

OCE: lolz ur not a weirdo!

Subject: But I don't know if the word cute is too offensive lol Ok good

OCE: Aww thx Subject": So that means you are in school right now?

OCE: I do online school

Subject: Ohh ok I guess that's pretty common anymore, do you like it? I did regular school but homeschooling was just starting then lol

…..

10. The conversation then continues on to February 2, 2023.

Subject: So what part of town are you from

OCE: Do you know where Mancy's steak is

Subject: yeah

OCE: I live over there hbu Subject That's cool. I have a few friends who have lived over there like on vermass and I think woodmore

OCE: That's cool Subject": I'm right off Starr and 280

….

Subject: Although you should take a picture for me of you right now

OCE: Yeah? Of what?

Subject: Surprise me

OCE: Of wut Silly!

Subject: lol of you….and umm idk lol

OCE: *Sends a photo of what appears to be 14 year old in mirror

OCE: Im embarrassed Subject: Undies flash lmao sorry I didn't mean to be bad. Beautiful girl Subject states he " wanted to see your panties" and the OCE sends another photo of what appears to be the girl in her underwear.

11. Subject: Have you ever kissed anyone

OCE: yeah! Lol Im 15

Subject: lol ok what else have you done if you wanna say

OCE: Ive had sex and given blowys

Subject: Really

OCE: yeah lol

Subject: That's kind of hot

…

OCE: Whats the youngest girl u had sex with

Subject: your age

OCE: Really?

Subject: Is that bad?

OCE: No

Subject: ok cool what else.

OCE: How old were u Subject: 30s lol

OCE: Send me a pic

Subject then sends a photo of a white male in a bathroom with his shirt off. He then asks OCE for another picture. OCE sends another photo of herself in her underwear.

12. Subject: I want to kiss your lips and face. Nibble on your ears.

OCE: mmmm that turns me on hehe

Subject: Oh really? Should I stop then… lol

OCE: No…

Subject: Gently go across your neck and up to your other ear…caressing your body with my hands

….

Subject I nibble on your thighs as I et closer and part your legs..tell me what you want

OCE: Keep going

Subject: I kiss all around your lips then then lick them lightly…spreading them open

OCE: Omg

….

Subject: I push in deeper….are you wet?

OCE: Im so wet lolz

Subject: Mmmmm omg you should go into the bathroom and touch yourself with me..

13. On February 7, 2023 the conversation continues between Subject and OCE. Subject discusses with OCE getting her a ride so they can meet.

Subject: lol you are being shy…well I'd get you a ride.

OCE: aww really?

Subject: Yes!

OCE: U have a car

Subject: My ex totalled it

OCE: Oh damn..

Subject: I could Uber you here and back though

14. On February 6, 2023, a second Facebook profile with the name of "Ant Fi" began messaging the same OCE persona. Relevant portions of the conversation between OCE and FIMOGNARI ("Subject") are as follows:

Subject: Wassup

OCE: Nm u

Subject: Jus chillin fr bored

OCE: Ya

Subject: Wyd tonight

………………………………..

February 7, 2023

OCE: how old r u

Subject: 35 u

OCE: that's hot Im 14…

Subject: Whats hot

OCE: the fire

Subject lol is it now? Are you hot

OCE: Idk am I lol

Subject: you might be..but I'd hae to see what you are workin with

OCE: lol Subject unless you are scared lol

OCE: Im not scared of anything

Subject: prove that take a picture of you right now in your underwear and bra with a thumbs down

OCE: Why?

Subject To prove you aren't scared and so I can see if you are down

OCE: Down for what? Lol

Subject": Some fun and maybe more…unless you are scared

OCE: Mmmm what kinda fun

Subject: Fucking fun :) lmk if ur not scared

OCE: Fucking huh

Subject: ya unless ur no into that

OCE: What u have in mind

Subject: Pic? So I know ur not playin…but I will pick you up and have you give me some head first…see how much you can fit in your mouth..lmk

OCE: *Sends a photo of purported 14 year old female

….

Subject: Scared. All talk.

OCE: Yeah

Subject: Why are you a virgin?

OCE: Maybe Im 14 wut do u think

Subject: Cum on loosen up…no I was 13

OCE: K

…

Subject: I think you need a good fuck

OCE: lolz by who

Subject: me you are being a brat

…

Subject: I want to see if you can fit for real and finger you as you do it

OCE: Mmmmm maybe I'll let you

Subject: Grab your hair and push your head down to my lap…would you know what to do with it lmk if you do lol

……………………………………….

15.     February 8, 2023

Subject: Lemme cum swoop u

……………………….

16. February 9, 2023

Subject: Seeing how much u can fit..and making u wet and more

OCE: mmmmm

Subject: Rub your pussy through your pants first

OCE: mmmm im lonely that sounds amazing

Subject: Grip your hair and push your head down to my lap oh rly

OCE: yeah

Subject: I unzip my pants do you know what to do

OCE: Of course I do

Subject: How many guys have you sucked

……………………….

Subject: Imma cum swoop u if ur down

OCE: Omg yeah

………………………..

Subject: Kk wya

OCE: Toledo Subject: Same what part

………………………..

Subject: Tryin to fucc lol

OCE: Mmmmm me too

Subject: Ya? Ur aunt gone

……………………….

Subject: U just live wit ur aunt

OCE: Yeah

OCE: Just us two

OCE: And her cat

Subject: Coo I want it kitty

Subject: Ur

OCE: U can have her. Shes a bitch

Subject: Lol is she… Your kitty [cat emoji]

OCE: Shes not mine

OCE: Shes my aunts

Subject: I mean ur pussy loll

…………………………….

OCE: Wut u want to do with jt

OCE: It

Subject: My fingers and if u can take more then…

…………………………

OCE: Wut kinda car u drive

Subject: Dodge ram

OCE: Thats hot!

Subject: What

OCE: I luv trucks [heart emoji]

Subject: U been fucked in one b4

OCE: Omg no

Subject: OMG?

Subject: Why omg

Subject: It's hot! I wish

OCE: Well we can

…………………………………

Subject: Ur a good lil slut fr huh

Subject: Or all talk loll

Subject: Jus a FB freak tho lol

OCE: ur all talk

Subject: Wtf

Subject: I been ready to pick u up

OCE: Tomorrow?

Subject: Ya

Subject: Time

Subject: Address

……………………………………..

17.     February 10, 2023

Subject: Sup

OCE: hiii

Subject: Aye wyd

OCE: nothing, just having some ceral

OCE: hbu

Subject: Getting a shower and then idk

OCE: cool

Subject: Ya u still want me to cum

OCE: ya if u wana

Subject: If ur not playin

OCE: im not [devil emoji]

………………………………………………

Subject: What do u wanna do

Subject: Fuc or not yet

………………………………………………

Subject: Fs… U gonna suck first tho

……………………………………………….

Subject: U rdy

OCE: Yeah baby

Subject: Cu in 15

18. On February 8, 2023, OCE received a notification via Facebook messenger from Facebook account "Anthony Robert" that stated, "Anthony unsent a message". The message was sent and unsent at 8:11PM. The profile picture of the "Anthony Robert" account appears to be of the same individual as the images used in the "Ant Fi" and "Anthony Fim" accounts. In the "Family and relationships" tab of the "Anthony Robert" Facebook account, listed are Father "Bob Biz Fimognari" and Mother "Linda Mayerchak Fimognari". Relevant portions of the conversation between OCE and "Anthony Robert" ("Subject") are as follows:

Facebook Account 'Anthony Robert'

19. February 13, 2023

SUBJECT: Hey it's me… My phone is being stupid lol

SUBJECT: Anthony lol

SUBJECT: Not letting me sign in

SUBJECT: Wyd

……………………………………………………..

SUBJECT: It's my old account

……………………………………………………

SUBJECT: I wanna come

SUBJECT: Can I see how adorable you look for bed please

OCE: To utah?

SUBJECT: To bed with you lol

……………………………………………………

SUBJECT: When you turn 16

OCE: In a couple years …………………………………………………….

20.     February 14, 2023

SUBJECT: [Selfie image sent of SUBJECT wearing a dark colored hat with an "L" on the front]

……………………………………………………..

OCE: Hahaha what do u want me to do with my tong

SUBJECT: Hmm I can think of a few things…. Even more that I can do with mine

OCE: Like wuttt

SUBJECT: Well…. Honestly I want to lick and taste every inch of your body…

………………………………………………….

OCE: I want u to tell meeee

SUBJECT: So much…. I want to feel your mouth around me… Trying to put as much as you can down your throat

SUBJECT: I want to see your body more.. I love seeing you in your panties and bra it's sooo sexy…. I went to hold the back of your head with one hand and rub your lips with the other

………………………………………………………………….

SUBJECT: I grab your hair and push you down further… some spit and drool comes out your mouth and you cough and gag more… I go even faster now…. Opening your hole more.

OCE: Mmmmm

OCE: U want my hole?

: Yess I want it BB.. I want to finger and tongue it deep and then fuck it slow then faster….

………………………………………………………………

SUBJECT: Mmmmm good girl… That's what I want to hear…. I want to cum inside you, I want cum on your face and breasts…. I want to cum down your throat….

…………………………………………………………………..

SUBJECT: Fuck so is your wet little pussy… Fuck show me something I'm getting so hard I'm going to stroke it

………………………………………………………………….

21.     February 15, 2023

SUBJECT: Trying to keep easing you into being my bad girl

………………………………………………………………….

22. On February 21, 2023, OCE and SUBJECT discussed SUBJECT either getting a ride from a friend or from an Uber to the Burger King in the vicinity of OCE's purported home address, and riding with SUBJECT to SUBJECT's house to engage in sexual conduct.

SUBJECT: Awesome [emoji with sunglasses] do you want me to eat your little wet hole

OCE: Yes, I want you to eat it all up

SUBJECT: Mmmm yess… I'm going to make you cum on

SUBJECT: On my face

………………………………………………………………..

SUBJECT: Mmmm can I lick your ass too BB

…………………………………………………………………..

23.     February 22, 2023

SUBJECT: [Image sent of what appears to be the SUBJECT's shorts with a clothed, erect penis inside of them]

…………………………………………………..

SUBJECT: I'm so hard for you [emoji] I hope so too and it sucks out lol

…………………………………………………….

SUBJECT: You want to get fucked Doggystyle bb

……………………………………………………..

SUBJECT: Yess I've been rubbing my cock through my shorts

……………………………………………

SUBJECT: [Video sent of what appears to be SUBJECT rubbing his clothed, erect penis from the outside of his shorts]

……………………………………………………..

SUBJECT: You want to ride my cock BB? Or you want to get on your knees and get fucked form behind

…………………………………………………….

24.     Ultimately on February 22, 2023, the SUBJECT said he was unable to find a ride to meet with OCE. SUBJECT sent a screen shot of an Uber route which appeared to be from near his

residence to the OCE's purported residence which also showed "No cars available". SUBJECT requested that the OCE get an uber or ride to his residence. The conversation is as follows:

SUBJECT: 431 Dover Place

…………………………………………………………….

SUBJECT: [Selfie image sent of SUBJECT wearing a baseball cap with "L Football" on the front and wearing a dark colored, short sleeved collared shirt. There is an orange cat behind the SUBJECT in the photograph]

……………………………………………………………

OCE: Send me a pic then in front of ur house to prove 2 me

SUBJECT: [Selfie sent of SUBJECT wearing the same hat and collared shirt as in previous picture with a white in color house in the background with the numeric of "431" posted to the right of the front door]

…………………………………………………………..

OCE: Can u take a pic in front of the street sign too. I'll feel better

…………………………………………………………..

25. At approximately 12:25PM, Special Agents Alex Hunt and Matt Cromly were conducting surveillance at 429 Dover Place, Toledo, Ohio. At this time, Special Agents observed SUBJECT (wearing the same clothing as described above, to include dark shorts with a neon stripe along the sides and slip-on shoes) walking south along the sidewalk of Dover Place. The SUBJECT walked to the intersection of Dover Place and Dearborn Avenue, stopped, looked to his left and right, and took a photograph of the street sign. Surveillance photographed the SUBJECT as pictured below:



26. The SUBJECT then walked northbound along the sidewalk of Dover Place and entered the residence of 429 Dover Place, Toledo, Ohio.

27. At approximately 12:25PM, SUBJECT sent OCE the image of the street sign of Dearborn and Dover that surveillance confirmed that he had just taken.

28. On February 22, 2023, at approximately 3:39PM, SUBJECT asked OCE to "meet up real quick,?". SUBJECT suggested he and OCE meet at the Burger King which is in close proximity to OCE's purported residence. SUBJECT told OCE, "…you need a spanking". At approximately 3:56PM, OCE informed SUBJECT that OCE's purported aunt was on her way home. At approximately 3:57PM, SUBJECT advised that he was at the Burger King and that the ride cost him $39.00.  OCE expressed that "she" couldn't meet at the Burger King.  SUBJECT stated, "Now you have to make it up to me and come here". SUBJECT then sent a copy of his Uber receipt to the OCE, which showed him being picked up on the east side of Toledo, where the SUBJECT PREMISES is located.

29. Your affiant has reviewed the criminal history for the SUBJECT. SUBJECT was convicted of Unlawful Sexual Conduct with a Minor, Importuning, and Gross Sexual Imposition on or about October 13, 2004, in the Wood County Court of Common Pleas, Ohio. The case number is 2004CR0057. Further, SUBJECT has a prior conviction Permitting Drug Abuse on or about February 12, 2018, in the Lucas County Court of Common Pleas, Ohio. The case number is CR-201702561. Your Affiant reviewed prior police reports associated with this conviction which show SUBJECT was charged with providing an underage female with drugs.

30. Your Affiant reviewed additional records which show the SUBJECT currently resides at SUBJECT PREMISES. Affiant conducted a CLEAR search of SUBJECT which revealed a last known address of 429 Dover Place, Toledo, Ohio, which was last confirmed on October 22, 2022. Additionally, a NORIS search of the SUBJECT revealed a recent address of 429 Dover Place, Toledo, Ohio.

31. On February 24, 2023, members of the FBI and Toledo Child Exploitation and Human Trafficking Task Force executed a federal search warrant at 429 Dover Place, Toledo, Ohio. Agents utilized law enforcement lights and sirens, as well as a loudspeaker, to identify themselves and to communicate to any individuals within the residence that law enforcement had a search warrant for the residence and to exit the home. After approximately five (5) minutes with no response from anybody within 429 Dover Place, Agents made entry into the residence. Agents continued to announce their identity as law enforcement officers and to instruct anybody in the residence to make themselves known. After searching the upstairs and mid-level of the residence, Agents searched the basement where ANTHONY FIMOGNARI was located hiding within a closed-door crawl space, near a large, metal tank, holding his cellular telephone.

32. After ANTHONY FIMOGNARI was handcuffed and placed into custody, he made several utterances, to include "I've done this before", "I'm not going back to prison", "Just shoot me now", "Y'all think I'm a piece of shit", I'm a pedophile", and "Just kill me".

33. Based on the information contained herein, I believe probable cause exists that FIMOGNARI has violated 18 U.S.C. § 2422(B) by Coercion and Enticement.

Respectfully submitted,

_____
Alex Hunt
Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable means pursuant to Crim.R. 4.1 and 41(d)(3) this 24th day of February 2023.

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE